UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON ROWE,

    Plaintiff,

v.

OFFICER WARREN and OFFICER DOE

    Defendants.

Case No. 22-cv-882-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 19, 2023**              MONICA A. STUMP, Clerk of Court

                                                          **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**